NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRYSSOULA ARSENIS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES TRUSTEE,**
*Defendant-Appellee*

**BLUE FOUNDRY BANK,**
*Third-Party-Appellee*

---

2026-1685

---

Appeal from the United States District Court for the District of New Jersey in No. 3:25-cv-02900-RK, Judge Robert A. Kirsch.

---

**ON MOTION**

---

Before TARANTO, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Chryssoula Arsenis appealed to the United States District Court for the District of New Jersey from a decision of

the United States Bankruptcy Court for the District of New Jersey.  The district court dismissed that appeal as moot.  Ms. Arsenis then filed a notice of appeal to this court seeking review of the dismissal.  The United States Trustee now moves to transfer this appeal to the United States Court of Appeals for the Third Circuit.  ECF No. 3.  Ms. Arsenis opposes that motion and submits an "emergency motion . . . for stay pending appeal, to retain jurisdiction, and to enjoin Chapter 7 trustee liquidation/dissipation activity."  ECF No. 4 at 1 (capitalization omitted).

This is a court of limited jurisdiction that does not typically include authority to hear appeals originating from bankruptcy court decisions.  *See* 28 U.S.C. §§ 158(a), 1295; *see also Celotex Corp. v. Edwards*, 514 U.S. 300, 313 (1995) ("If dissatisfied with the Bankruptcy Court's ultimate decision, respondents can appeal 'to the district court for the judicial district in which the bankruptcy judge is serving,' *see* 28 U.S.C. § 158(a), and then to the Court of Appeals for the [regional] Circuit, *see* § 158(d).").  And Ms. Arsenis has not demonstrated that her case otherwise falls within our limited jurisdiction.  *Cf., e.g.*, *In re Cambridge Biotech Corp.*, 186 F.3d 1356, 1369–70 (Fed. Cir. 1999).  Where we lack jurisdiction, and when it is in the interest of justice, we will transfer an appeal to the appropriate court.  28 U.S.C. § 1631.  Here, any appeal lies with the United States Court of Appeals for the Third Circuit.

Accordingly,

IT IS ORDERED THAT:

The motion to transfer, ECF No. 3, is granted.  This matter and all filings, including Ms. Arsenis's motion (ECF No. 4), the United States Trustee's response (ECF No. 5), and Ms. Arsenis's reply (ECF No. 8), are transferred to the

United States Court of Appeals for the Third Circuit.

FOR THE COURT

May 22, 2026
Date

Jarrett B. Perlow
Clerk of Court